David Alan Makman (SBN178195)
Makman & Matz LLP
655 Mariners' Island Blvd. Suite 306
San Mateo, CA 94404
Tel.: 650-242-1560 x 3
Email: david@makmanmatz.com

Attorneys for Subpoenaed Non-Party
Fujikura Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJIKURA LTD.,<br><br>            Moving Party,<br><br>     v.<br><br>FINISAR CORPORATION,<br><br>            Responding Party. | CASE NO: 5:15-mc-80110-HRL<br><br>NOTICE OF RELATED CASE |

TO THE ABOVE-CAPTIONED COURT AND ALL COUNSEL OF RECORD IN THIS MATTER:

Please take notice that there is a related matter pending in the Northern District of California styled *Finisar Corporation v. Nistica Inc*. case No. 5:13-cv-03345-BLF.

.

Dated: April 9, 2015                          By: /s/  *David Alan Makman*  /s/
                                                   David Alan Makman
                                                   Makman & Matz LLP
                                                   Counsel for Fujikura Ltd.

NOTICE OF RELATED CASE