UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FUJIKURA LTD.,

    Movant,

v.

FINISAR CORPORATION,

    Respondent.

Case No. 5:15-80110MISC HRL

**ORDER REFERRING MOTION TO QUASH TO MAGISTRATE JUDGE CORLEY**

    Fujikura Ltd. (Fujikura) initiated this miscellaneous matter by filing a motion to quash subpoenas, and the discovery dispute stems from litigation pending in this district, *Finisar Corp. v. Nistica, Inc.*, 5:13-cv-03345 BLF (JSC). Fujikura's motion to quash is hereby referred for resolution to Magistrate Judge Corley, the assigned discovery magistrate in the underlying action.

    SO ORDERED.

Dated: April 13, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:15-mc-80110-HRL Notice has been electronically mailed to:

Christopher J. Cox     chris.cox@weil.com, janine.chong@weil.com

David Alan Makman     david@makmanlaw.com

Robin M Davis     robin@radulescullp.com