David A. Makman (SBN# 178195)
MAKMAN & MATZ LLP
655 Mariners Island Blvd., Suite 306
San Mateo, California 94404
Telephone: (650) 242-1560
E-mail: david@makmanmatz.com

Attorneys for Moving Party
FUJIKURA LTD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FUJIKURA LTD.,<br><br>         Moving Party,<br><br>     v.<br><br>ISAR CORPORATION,<br><br>         Responding Party. | CASE NO: 5:15-mc-80110-HRL (JSC)<br>(In connection with *Finisar Corp. v. Nistica, Inc.*, No. 5:13-cv-03345)<br><br>**FUJIKURA LTD.'S NOTICE OF FILING DECLARATION OF NISTICA, INC. IN SUPPORT OF SEALING**<br><br>NO HEARING DATE<br><br>The Honorable Jacqueline Scott Corley |

   The Court issued an Order Granting Fujikura, Ltd.'s ("Fujikura") Motion to Quash and Denying Finisar Corp.'s Motion to Compel on May 14, 2015.  The Order directs that Nistica, Inc. file a declaration in support of motion to file certain confidential exhibits under seal.  Pursuant to the Court's Order, Fujikura hereby files attached hereto as Exhibit A the Declaration of Robert F. Kramer, Counsel for Nistica, Inc., Re Sealing Exhibits to Motion, dated May 19, 2015.

1  Dated:    May 19, 2015

By: */s/ David Makman* _____

David A. Makman (SBN# 178195)
MAKMAN & MATZ LLP
655 Mariners Island Blvd., Suite 306
San Mateo, California 94404
Telephone: (650) 242-1560
E-mail: david@makmanmatz.com

**Attorneys for Movant
FUJIKURA, LTD.**

- 1 -

NOTICE OF FILING DECLARATION ISO
STATEMENT RE MOTION TO SEAL

## CERTIFICATE OF SERVICE

I, David Makman hereby declare:

I am employed in the City and County of San Mateo, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is 655 Mariners' Island Blvd. Suite 306, San Mateo, CA 94404.

On May 19, 2015, I caused the following document, described as:

**FUJIKURA LTD.'S NOTICE OF FILING DECLARATION OF NISTICA, INC. IN SUPPORT OF SEALING**

to be served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury that the above is true and correct. Executed on May 19, 2015, in San Mateo, California.

By: /s/ *David A. Makman*
      David A. Makman

- 2 -  STATEMENT RE MOTION TO SEAL